# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Beaumont, et al, <br><br> Plaintiff, <br><br> v. <br><br> Northstar Location Services, LLC, <br><br> Defendant. | Case No. 2:09-cv-377-LA <br><br><br> **NOTICE OF DISMISSAL** <br> **WITH PREJUDICE** |

Now come Plaintiffs, by and through counsel, to hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i). This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: /s/ Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker Dr., Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Fax: 312-822-1064
    Email: tjs@legalhelpers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Northstar Location Services, LLC
c/o Dan Degen
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601

/s/ Timothy J. Sostrin